IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN BYRNES III,** | CIV S-05-1169 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN OF FOLSOM STATE PRISON,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before September 4, 2005.

Dated: August 9, 2005

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE