IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BYRNES, III, | No. CIV S-05-1169-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 7, 2005, the court denied petitioner's motion to stay and hold these proceedings in abeyance pending exhaustion in state court of unexhausted claims.  The court directed plaintiff indicate within 30 days whether he desires to proceed on the original petition, filed on June 13, 2005, and which contains only exhausted claims.  On January 5, 2006, petitioner filed a notice of withdrawal of his amended petition and of his desire to proceed on the original petition.  The amended petition, filed on August 23, 2005, will be stricken.

/ / /

1

A review of the docket reflects that, on June 21, 2005, the court determined that the original petition was appropriate for service and directed respondent to file a response within 45 days. The court will grant respondent additional time to file a response to the June 13, 2005, petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended petition filed on August 23, 2005, is stricken; and

2. Respondent shall file a response, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, to the petition filed on June 13, 2005, within 30 days of the date of service of this order.

DATED: January 9, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE