1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWIN BYRNES, III,                    No. CIV S-05-1169-MCE-CMK-P

12              Petitioner,

13        vs.                              ORDER

14   FOLSOM STATE PRISON
     WARDEN,

15              Respondent.

16

17   _____/

18          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion for

20   an extension of time (Doc. 29), filed on March 6, 2006.

21          On January 10, 2006, the court ordered respondent to file a response to the

22   petition for a writ of habeas corpus within 30 days.  Respondent now seeks a second extension of

23   that deadline.  Good cause appearing therefor, the request will be granted.  Failure to comply

24   with this order may result in the imposition of appropriate sanctions, including dismissal of the

25   action.  See Local Rule 11-110.

26   / / /

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      Respondent's motion for an extension of time is granted; and

3          2.      Respondent shall file a response to the petition within 10 days of the date

4   of service of this order.

5

6   DATED:   March 7, 2006.

7

8   _____
    **CRAIG M. KELLISON**
9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26