1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN BYRNES, III, | No. CIV S-05-1169-MCE-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 35), filed on April 17, 2006.

Petitioner seeks a 30-day extension of time to file his traverse.  Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Petitioner may file a traverse within 30 days of the date of service of this order.

DATED: April 19, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE