IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BYRNES, III, | No. 2:05-cv-1169-MCE-CMK-P |
|     Petitioner, | |
|   v. | ORDER |
| FOLSOM STATE PRISON WARDEN, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's Request for a Certificate of Appealability (Doc. 24), filed on January 6, 2006.

Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Interlocutory Appeal of the Court's December 7, 2005, Order denying Petitioner's Motion for an Order Staying the Instant Proceedings and holding consideration of his federal habeas corpus petition in abeyance pending exhaustion in state court.

1

1 Before Petitioner can appeal this decision, a certificate of
2 appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P.
3 22(b).  A certificate of appealability may issue under 28 U.S.C.
4 § 2253 "only if the applicant has made a substantial showing of
5 the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
6 The court must either issue a certificate of appealability
7 indicating which issues satisfy the required showing or must
8 state the reasons why such a certificate should not issue.  Fed.
9 R. App. P. 22(b).  For the reasons set forth in the magistrate
10 judge's December 7, 2005, Order, which is hereby ratified and
11 adopted in full, Petitioner has not made a substantial showing of
12 the denial of a constitutional right.  Moreover, the Court has
13 not certified the December 7, 2005, Order for Interlocutory
14 Appeal and Petitioner appears to have waived a right to challenge
15 the Order by voluntarily withdrawing his Amended Petition on
16 January 5, 2006.

    Accordingly, IT IS HEREBY ORDERED that:

1. The magistrate judge's December 7, 2005, Order is ratified and adopted in full; and

2. Petitioner's Request for a Certificate of Appealability is denied.

DATE: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26