IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BYRNES, III, | No. CIV S-05-1169-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 41), filed on May 25, 2006.

Petitioner seeks a 30-day extension of time to file a traverse.  Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    petitioner's motion for an extension of time is granted; and

3      2.    Petitioner may file a traverse within 30 days of the date of service of this order.

DATED: May 31, 2006.

                                         **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE