IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN BYRNES, III,                              No. 2:05-cv-1169-MCE-CMK-P

    Petitioner,

  v.                                                         <u>ORDER</u>

FOLSOM STATE PRISON WARDEN,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On October 24, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within ten (10) days. Petitioner has filed Objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.

///

1  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to
2  be supported by the record and by proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4      1.    The Findings and Recommendations filed October 24, 2006, are adopted in full;
5      2.    Petitioner's Petition for a Writ of Habeas Corpus is dismissed as untimely;
6      3.    All pending motions are denied as moot; and
7      4.    The Clerk of the Court is directed to enter judgment and close this file.
8  DATED: November 20, 2006

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE