IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BYRNES, III, | No. 2:05-cv-1169-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 59), filed on December 19, 2006.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of the court's November 20, 2006, judgment dismissing this action. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1  The court must either issue a certificate of appealability indicating which issues satisfy the
2  required showing or must state the reasons why such a certificate should not issue.  Fed. R. App.
3  P. 22(b).  For the reasons set forth in the magistrate judge's October 24, 2006, findings and
4  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
5  right.  Specifically, petitioner's federal petition was not timely filed.
6       Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of
7  appealability is denied.

Dated:  January 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE